UNITED STATES of America,
Plaintiff–Appellee,

v.

Jermmie Marquis DAVIS,
Defendant–Appellant.

No. 12–10281
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 27, 2012.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jermmie Marquis Davis, Fort Worth, TX, pro se.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jermmie Davis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Davis has filed a response. We have reviewed counsel's brief, relevant portions of the record reflected therein, and Davis's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from

further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under